UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

v.     CASE NO.: 2:20-cr-134-SPC-MRM

BRADLEY GRIFFIN aka JIT
(True Name:  Bradley Jamal Griffin)
_____/

## REPORT AND RECOMMENDATION
## CONCERNING PLEA OF GUILTY

The Defendant, by consent, appeared before me pursuant to Fed. R. Crim. P. 11 and M.D. Fla. R. 1.02, and entered a plea of guilty to Count One of the Indictment (Doc. 10) pursuant to the terms of a plea agreement.

During the plea hearing, an issue arose as to the Defendant's true name. Defendant stated at the hearing that his true name is "Bradley Jamal Griffin." The name set forth in the Indictment (Doc. 10) is "Bradley Griffin." After examining the Defendant under oath concerning Defendant's identity, Defendant acknowledged and agreed that he is the person identified in the Indictment.  I, therefore, find that the Defendant who appeared before me is the same person described in and charged in the Indictment.

After cautioning and examining the Defendant under oath concerning each of the subjects mentioned in Rule 11, I determined that the guilty plea was knowledgeable and voluntary as to Count One, and that the offense charged is supported by an independent basis in fact containing each of the essential elements of such Count.  I, therefore, **RECOMMEND** that the plea of guilty be accepted and that the Defendant be adjudged guilty and have sentence imposed accordingly.  The parties have waived

the fourteen-day objection period to this Report and Recommendation.  (Docs. 172, 174).

Respectfully **RECOMMENDED** in Fort Myers, Florida on July 23, 2021.

Mac R. McCoy
United States Magistrate Judge

Copies furnished to:

Presiding District Judge
Counsel of Record
Unrepresented Parties