UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

v.  CASE NO.: 2:20-cr-134-SPC-MRM

BRADLEY GRIFFIN

### ORDER[1]

Before the Court is the United States Magistrate Judge's Report and Recommendation. (Doc. 176). The Magistrate Judge recommends the Court accept Defendant's guilty plea and adjudicate him guilty. The parties have waived the fourteen-day objection period. (Docs. 172; 174). After examining the file independently, and upon considering the Magistrate Judge's findings and recommendations, the Court accepts and adopts the Report and Recommendation.

Accordingly, it is

**ORDERED:**

(1) The Report and Recommendation (Doc. 176) is **ACCEPTED and ADOPTED**, and the findings incorporated herein.

(2) Defendant's plea of guilty is **ACCEPTED** and Defendant is

---

[1] Disclaimer: Documents hyperlinked to CM/ECF are subject to PACER fees. By using hyperlinks, the Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide, nor does it have any agreements with them. The Court is also not responsible for a hyperlink's availability and functionality, and a failed hyperlink does not affect this Order.

**ADJUDICATED GUILTY** as to Count One of the Indictment.

(3) The sentencing hearing is set for **October 25, 2021, at 9:30 a.m.**

**DONE AND ORDERED** in Fort Myers, Florida on July 26, 2021.

*Sheri Polster Chappell*
SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record