UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

v.  CASE NO.: 2:20-cr-134-SPC-MRM

BRADLEY GRIFFIN
_____

**SENTENCING SCHEDULING ORDER**

A sentencing hearing has been scheduled for **October 25, 2021,** at **9:30 a.m.**  If more than 30 minutes is needed for the hearing then the Court **ORDERS** counsel to file a notice estimating the time needed no later than 14 days before the hearing.

The Court **FURTHER ORDERS** the United States Probation Office to disclose the initial presentence investigation report no later than 35 days before the sentencing hearing.  Within 14 days of the disclosure, counsel must communicate, in writing, any objections to the probation officer and opposing counsel.

The Court **FURTHER ORDERS** the Probation Office to file the final presentence investigation report no later than 7 days before the sentencing hearing.  No later than 4 days before the hearing, counsel for each party must file a notice stating which of the previous objections, if any, remain for the Court to resolve.  Also, no later than 4 days before the hearing, counsel may

file a sentencing memorandum that includes any request to depart or vary from the guidelines.

**DONE and ORDERED** in Fort Myers, Florida on July 26, 2021.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record

2